IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHABAD-LUBAVITCH JEWISH ) <br> CENTER OF NEEDHAM, INC. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> THE TOWN OF NEEDHAM and ) <br> DANIEL WALSH, Individually ) <br> ) <br> Defendants ) | CIVIL ACTION NO:____ |

### AFFIDAVIT OF RABBI MENDEL KRINSKY IN SUPPORT OF THE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Rabbi Mendel Krinsky, do attest as follows:

1. I am the President and Executive Director of the Chabad-Lubavitch Jewish Center of Needham, Inc, with personal knowledge of the facts in this case.

2. Each of the facts in the Complaint are true to the best of my knowledge and belief, and I adopt the factual statements of the Complaint in this affidavit.

3. The Center's income is derived from fundraising. The monies raised are used to support the Center, its facilities, the services and programs it provides for the community and my compensation.

4. The advertisements to which the town is objecting, and which the town is, apparently, ordering us not to run, brings in funds for the Center from people who are unaware of our presence in town.

5. Contributions to the Center come from individuals who, upon learning of our presence in town, want to support the work of the Center.

6. If we cannot advertise our presence in town, it not only denies us the ability to worship as we wish, but it also denies our supporters the right to know what we are doing and the right to worship as they would choose.

7. As the Complaint states, I am married and have four young children.

8. Not only does the January 20, 2005 Order denying the Plaintiff's right to use its parsonage for its designated purpose impede on constitutional rights to free speech, free assembly and freedom to worship, but it also has the very real consequence of impeding my ability to pay my financial obligations, which include the mortgage on the property, the utilities, my food bills, my insurance and other necessities of life.

9. In a very real sense, the town of Needham is preventing me from doing my job and earning my living, with very real and, clearly, very drastic consequences for my family.

Attested to under the pains and penalties of perjury this 17th day of February, 2005.

_[signature]_