UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10322

CHABAD-LUBAVITCH JEWISH            )
CENTER OF NEEDHAM, INC.            )
      PLAINITFF   )
VS.                                )
                                   )
THE TOWN OF NEEDHAM AND            )
DANIEL WALSH, INDIVIDUALLY,        )
      DEFENDANTS

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the DEFENDANTS with reference to the above-captioned matter.

Respectfully submitted,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: March 8, 2005