UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10322 NNGG

CHABAD-LUBAVITCH JEWISH )
CENTER OF NEEDHAM, INC. )
               PLAINITFF )
VS. )
 )
THE TOWN OF NEEDHAM AND )
DANIEL WALSH, INDIVIDUALLY, )
               DEFENDANTS

## ASSENTED TO MOTION FOR EXTENSION OF TIME

The defendants hereby ask that this Court extend the time within which the defendants must file a responsive pleading to and including April 8, 2005.

As reasons for this motion, counsel for the defendants state that he requires the additional time to obtain the information necessary for the preparation of a responsive pleading. The defendants have not requested any previous enlargement of time in this matter and the plaintiff assents to this motion.

                             Respectfully submitted,
                             DEFENDANTS,
                             By their attorneys,

                             /s/Leonard H. Kesten
                             Leonard H. Kesten, BBO No. 542042
                             BRODY, HARDOON, PERKINS & KESTEN, LLP
                             One Exeter Plaza
                             Boston, MA 02116
Dated: March 8, 2005      617 880 7100

**Assented to:**
PLAINTIFF,
By thier attorneys,
/s/Robert N. Meltzer
Robert N. Meltzer, BBO No. 564745
P.O. Box 1459
Framingham, MA 01701
508 872 7116

/s/Richard C. Csaplar
Richard C. Csaplar, Jr. BBO No. 107720
41 Dawson Drive
Needham, MA 02492
781 444 6619