UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  05 10322 NNGG

CHABAD-LUBAVITCH JEWISH                    )
CENTER OF NEEDHAM, INC.                     )
                          PLAINITFF          )
VS.                                          )
                                             )
THE TOWN OF NEEDHAM AND                    )
DANIEL WALSH, INDIVIDUALLY,                 )
                          DEFENDANTS

## JOINT MOTION TO CONTINUE MEDIATION

The parties hereby ask that this court set a new date for the mediation of this matter, which is currently scheduled for Monday, April 25, 2005. In support thereof, the parties state that April 25 is a Jewish holiday therefore counsel for the plaintiff and one of the parties cannot appear for the mediation. The parties apologize for the late notice to the court and state that there was a misunderstanding by counsel as to the status of the current mediation date. The parties and counsel are available on May 17, 2005 for mediation if that date is convenient to the Court.

Respectfully submitted,

PLAINTIFF,
By thier attorneys,
/s/ Robert N. Meltzer
Robert N. Meltzer, BBO No. 564745
P.O. Box 1459
Framingham, MA  01701
508 872 7116

/s/ Richard C. Csaplar
Richard C. Csaplar, Jr. BBO No. 107720
41 Dawson Drive
Needham, MA  02492
781 444 6619

DEFENDANTS,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617 880 7100