# Brody, Hardoon, Perkins & Kesten, LLP
### Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile   617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

April 27, 2005

Judge Marianne B. Bowler
United States District Court

RE:  Chabad-Lubavitch Jewish Center of Needham, Inc.
VS:  Town of Needham and Daniel P. Walsh
     Civil Action No.:  05 10322

Dear Judge Bowler:

   Please be advised that the parties are available for Mediation on June 23, 2005, with reference to the above-captioned matter.

   Thank you for your courtesy and cooperation.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

Leonard H. Kesten

LHK:dac