UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05 10322 NNGG

CHABAD-LUBAVITCH JEWISH )
CENTER OF NEEDHAM, INC. )
               PLAINITFF )
VS. )
   )
THE TOWN OF NEEDHAM AND )
DANIEL WALSH, INDIVIDUALLY, )
             DEFENDANTS

## ASSENTED TO MOTION TO CONTINUE
## STATUS CONFERENCE TO A DATE IN SEPTEMBER

The defendants hereby ask that this Court to continue the status conference presently scheduled for July 13, 2005, to a date in September, 2005. As reasons for this motion, counsel for the defendants state that the matter was before the court at Mediation on June 23, 2005, and the parties believe they are close to a settlement but require additional time to negotiate the details. Additionally, both the plaintiff counsel and the undersigned will be on a planned summer vacations for the next few weeks. The plaintiff assent to this motion and no prejudice will result by the allowance of this motion.

Wherefore, the defendants hereby ask that this Court to continue the status conference presently scheduled for July 13, 2005, to a date in September, 2005.

Respectfully submitted,
DEFENDANTS,
By their attorneys,

/s/ Leonard H. Kesten
Leonard H. Kesten, BBO No. 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
617 880 7100

Dated: July 12, 2005
**Assented to:**
PLAINTIFF,
By thier attorneys,

/s/ Robert N. Meltzer
Robert N. Meltzer, BBO No. 564745
P.O. Box 1459
Framingham, MA 01701
508 872 7116

/s/Richard C. Csaplar
Richard C. Csaplar, Jr. BBO No. 107720
41 Dawson Drive
Needham, MA  02492
781 444 6619