# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CHABAD-LUBAVITCH
        Plaintiff

V.

THE TOWN OF NEEDHAM
        Defendant

CIVIL ACTION

NO. 05cv10322NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on 9/29/2005 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within ninety (90) days if settlement is not consummated.

By the Court,

10/6/2005
Date

/s/ JENNIFER FILO
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)